United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARASH SARWARY,
Plaintiff,
v.
COMMISSIONER SSA,
Defendant.

Case No. 26-cv-10644-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to *Sarway v. Colvin*, 24-cv-05054-AGT.

**IT IS SO ORDERED.**

Dated: September 18, 2026

THOMAS S. HIXSON
United States Magistrate Judge